**Joseph A. Grube**, WSBA# 26476
joe@bgotrial.com
**Karen Orehoski**, WSBA #35855
Breneman Grube Orehoski, PLLC
1200 Fifth Avenue, Suite 625
Seattle, WA 98101
Tel: 206.770.7606/ Fax: 206.770.7607
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# RICHLAND DIVISION

| | |
|---|---|
| SALVADOR PAZ-CORTES,<br><br>Plaintiff,<br><br>v.<br><br>EDISON A. VALERIO,<br><br>Defendant. | **CASE:**<br><br>**COMPLAINT** |

Plaintiff Salvador Paz-Cortes, by and through his attorneys, alleges as follows:

## I.    PARTIES, JURISDICTION & VENUE

1.1    Plaintiff Salvador Paz-Cortes ("Paz-Cortes") is a resident of Forest Grove, Oregon.

1.2    Defendant Edison Valerio ("Valerio") is a resident of Pasco, Washington.

1.3    This Court has jurisdiction under 28 USC §1332 because (a) the Plaintiff and Defendant are diverse and (b) the amount in controversity exceeds $75,000.

COMPLAINT
PAGE 1 OF 3

BRENEMAN || GRUBE || OREHOSKI PLLC
1200 FIFTH AVENUE, SUITE 625
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607

1.4    Venue in this Court is proper because some or all of the acts and omissions complained of occurred in Richland, Washington.

## II.    FACTS

2.1    On July 7, 2018, Plaintiff Paz-Cortes was attending a party with friends in Richland, Washington. Defendant Valerio was also attending the party. Without provocation or justification, Defendant Valerio intentionally struck Paz-Cortes in the head, without his consent, causing him to fall to the ground backward, hitting his head on the ground.

2.2    As a direct result of the strike and fall, Plaintiff Paz-Cortes suffered serious injuries, including but not limited to a head injury and brain injury.

*Assault & Battery*

3.1    Defendant Valerio's actions constitute assault and battery and infliction of physical harm and emotional distress. Defendant intentionally acted to create a reasonable apprehension in plaintiff of imminent harm and offensive contact, and intentionally acted to bring about such contact.

3.2    As a result of the Defendant's conduct, Plaintiff sustained a brain injury, which injury has caused Plaintiff to suffer economic damages in the form of lost wages, past and future medical care and expenses and diminished earning capacity.

3.3    As a further result of the Defendant's conduct, Plaintiff has also suffered non-economic damages including, but not limited to, past and future pain and suffering as well as past and future inconvenience and interference with normal and usual activities apart from gainful employment.

COMPLAINT
PAGE 2 OF 3

BRENEMAN ‖ GRUBE ‖ OREHOSKI PLLC
1200 FIFTH AVENUE, SUITE 625
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against the Defendant as follows:

1. For judgment in such amount as shall be proven at the time of trial, including, but not limited to, judgment for economic and non-economic damages, including, but not limited to, judgment for pain and suffering, disfigurement, loss of enjoyment of life, physical disability, medical expenses, and loss of past and future wages;

2. For such other and further relief as the Court deems just and equitable.

DATED this 4th day of May 2020.

                BRENEMAN GRUBE OREHOSKI, PLLC

*/s/ Joseph A. Grube*
By:   Joseph A. Grube, WSBA# 26476
joe@bgotrial.com
*/s/ Karen Orehoski*
By:   Karen Orehoski, WSBA #35855
karen@bgotrial.com
Breneman Grube Orehoski, PLLC
1200 Fifth Avenue, Suite 625
Seattle, WA 98101
Tel: 206.770.7606/ Fax: 206.770.7607
Attorneys for Plaintiff

COMPLAINT
PAGE 3 OF 3

BRENEMAN ǁ GRUBE ǁ OREHOSKI PLLC
1200 FIFTH AVENUE, SUITE 625
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607