UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SALVADOR PAZ-CORTES,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>EDISON A. VALERIO,<br><br>　　　　　　　　　Defendant. | NO:  4:20-CV-5072-TOR<br><br>ORDER TO SHOW CAUSE |

On May 4, 2020, a Complaint was filed in this case.  ECF No. 1.  A summons was issued for Plaintiff to serve on Defendant the same day.  ECF No. 2.  Counsel has appeared on behalf of Plaintiff.  ECF No. 3.  There have been no further filings by the Plaintiff or Defendant in this case.  Federal Rule of Civil Procedure 4(m) requires the Plaintiff to serve the Summons and Complaint on the Defendant within 90 days after the complaint is filed or suffer dismissal.  Specifically, Rule 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be

ORDER TO SHOW CAUSE ~ 1

made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Because of this strict requirement, the Local Civil Rules provide that "plaintiff shall promptly file proof of service of the summons and complaint with the Clerk of Court after service has been accomplished." LCivR 4(l). Plaintiff has not complied with Local Civil Rule 4(l).

Accordingly, **IT IS HEREBY ORDERED:**

Plaintiff shall show cause, on or before **August 21, 2020**, why this case should not be dismissed for failure to properly serve defendant and otherwise prosecute the case.

The District Court Executive is hereby directed to enter this Order and furnish a copy to Plaintiff.

DATED August 18, 2020.



THOMAS O. RICE
United States District Judge

ORDER TO SHOW CAUSE ~ 2