**Joseph A. Grube**, WSBA# 26476
joe@bgotrial.com
**Karen Orehoski**, WSBA #35855
karen@bgotrial.com
Breneman Grube Orehoski, PLLC
1200 Fifth Avenue, Suite 625
Seattle, WA 98101
Tel: 206.770.7606/ Fax: 206.770.7607
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
RICHLAND DIVISION

| | |
|---|---|
| SALVADOR PAZ-CORTES,<br><br>            Plaintiff,<br><br>   v.<br><br>EDISON A. VALERIO,<br><br>            Defendant. | NO. 4:20-cv-05072-TOR<br><br>PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE |

     1.    Plaintiff, through counsel, submits this statement in response to this Court's August 18, 2020 Order to Show Cause (Docket No. 4) regarding service of process. Plaintiff's counsel declares and attests as follows:

PLAINTIFF'S RESPONSE TO
ORDER TO SHOW CAUSE
PAGE 1 OF 3

BRENEMAN || GRUBE || OREHOSKI PLLC
1200 FIFTH AVENUE, SUITE 625
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607

2. This case was filed on May 4, 2020.

3. On May 13, 2020, pursuant to FRCP 4(d), Plaintiff's counsel sent the following documents to Defendant Edison Valerio via regular mail:

   a. Notice of Lawsuit and Request for Waiver of Service;
   b. Waiver of the Service of Summons (2 copies);
   c. Summons;
   d. Complaint; and a
   e. Self-addressed stamped envelope;

4. Pursuant to its express language, the Notice of Lawsuit and Request for Waiver of Service gives the Defendant thirty days to respond.

5. On June 8, 2020, counsel for Defendant (Brian Davis) contacted Plaintiff's counsel and was requested to accept service of process on behalf of Defendant.

6. On June 17, 2020 Mr. Davis informed Plaintiff's counsel that he would accept service on behalf of Defendant. On that same day Plaintiff's counsel provided Mr. Davis with a proposed Waiver of Service pursuant to FRCP 4(d).

7. Over the next two months, counsel for Plaintiff's counsel and Defendant's counsel exchanged numerous communications regarding the filing of the acceptance of service, including on: June 29, July 6, July 9, July 20, August 8, and August 18. During those communications, Defendant's counsel never repudiated his agreement to accept service and expressly stated that the filed acceptance would be forthcoming.

8. On August 18, 2020 this Court entered an Order to Show Cause (Docket No. 4) pursuant to FRCP 4(m).

PLAINTIFF'S RESPONSE TO
ORDER TO SHOW CAUSE
PAGE 2 OF 3

BRENEMAN || GRUBE || OREHOSKI PLLC
1200 FIFTH AVENUE, SUITE 625
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607

9.  On August 19, 2020, Defendant filed his Notice of Appearance (Docket No. 5) Acceptance of Service, (Docket No. 6), and Answer and Counterclaim (Docket No. 7).

10. Although service was accepted by counsel (via email) within the time required under FRCP 4, proof of service was not filed because a more formal acceptance was anticipated, and Plaintiff's counsel repeatedly followed up.

11. As a Notice of Appearance, Acceptance of Service, and Answer and Counterclaim have now been filed, the case is at issue. Good cause exists pursuant to FRCP 4 to extend the time for filing the proof of service (or for service) pursuant to FRCP 4.

12. Plaintiff respectfully requests that this Court deem this case at issue and find that good cause has been demonstrated.

Respectfully submitted this 21st day of August 2020.

BRENEMAN GRUBE OREHOSKI, PLLC

By: */s/ Joseph A. Grube*
Joseph A. Grube, WSBA #26476
Attorneys for Plaintiffs

PLAINTIFF'S RESPONSE TO
ORDER TO SHOW CAUSE
PAGE 3 OF 3

BRENEMAN || GRUBE || OREHOSKI PLLC
1200 FIFTH AVENUE, SUITE 625
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607