1

2

3

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

5

SALVADOR PAZ-CORTES,

6                                              Plaintiff,

7       v.

8    EDISON A. VALERIO,

9                                              Defendant.

Case No:  4:20-CV-5072-TOR

**NOTICE SETTING TELEPHONIC
SCHEDULING CONFERENCE**

10

**TELEPHONIC SCHEDULING CONFERENCE**

11

**DATE:  11/10/2020     TIME: 2:00 p.m.**

12

13

Counsel and pro se parties shall call the following telephone number on the date and time indicated for a mandatory **telephonic** Scheduling Conference before Judge Thomas O. Rice.  **All pro se parties and an attorney substantively familiar with the case must participate in the telephonic scheduling conference.**

14

15

**PHONE NUMBER:  (888) 273-3658
ACCESS CODE:       2982935
SECURITY CODE:  5072**

16

**The use of cellular or speaker phones is not permitted for telephonic proceedings.**

17

Rule 26(d)(1) prohibits a party from seeking discovery from any source before the parties have had their Rule 26(f) conference.  The parties shall make their Rule 26(a)(1) initial disclosures at or within 14 days after this Rule 26(f) conference**.**

18

19

To ensure that discovery and trial preparation advances efficiently, counsel and pro se parties shall discuss each and every one of the following subjects during the Rule 26(f) conference by and then file a combined report addressing each one of these subjects not less than 14 days before the Scheduling Conference:

20

Notice Setting Telephonic Scheduling Conference - 1

a. whether jurisdiction and venue exist and, if they do exist, the basis for each;

b. whether service of process is complete and, if not, a deadline for completion;

c. a brief description of the claims and defenses;

d. whether a statute's constitutionality is being challenged, see Fed. R. Civ. P. 5.1, and whether the required notice has been provided;

e. whether any issues should be certified to a state supreme court;

f. suggested deadline for adding additional parties, amending the pleadings, and seeking class certification;

g. whether all non-government corporate parties have filed the necessary ownership statement, see Fed. R. Civ. P. 7.1;

h. whether the case involves a minor or incompetent party and whether the appointment of a guardian ad litem is necessary, see LCivR 17(c);

i. discovery:
   • confirmation that initial disclosures, see Fed. R. Civ. P. 26(a)(1), will be accomplished by the time of the hearing;
   • subjects on which discovery may be needed;
   • any issues about preserving discoverable information, including electronically stored information;
   • claims of privilege, protection of confidentiality, and proposed confidentiality agreements;
   • proposed agreements reached under Fed. R. Evid. 502;
   • proposed modifications to the standard discovery procedures, including bifurcation and/or consolidation of discovery, or an increase in the allowed number of depositions (10), interrogatories (25), requests for production (30), or requests for admission (15);
   • suggested expert disclosure deadlines; and
   • suggested discovery cut-off;

j. anticipated motions and suggested dispositive motion filing deadlines;

k. trial:
   • whether a jury has been requested. In cases removed from state court in which a party desires a jury trial, **a jury demand must be filed within 30 days after removal, see LCivR 38(d);**
   • suggested trial date(s) and suggested location;
   • anticipated length of trial;

Notice Setting Telephonic Scheduling Conference - 2

- requests for bifurcation; and
- the need for special audio/visual courtroom technology;

l.  the likelihood for settlement and the point at which the parties can conduct meaningful dispute resolution, and

m.  any other matters that may be conducive to the just, speedy, and inexpensive determination of the action.

DATED: October 6, 2020



THOMAS O. RICE
United States District Judge

Notice Setting Telephonic Scheduling Conference - 3