1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| SALVADOR PAZ-CORTES, | NO: 2:20-CV-5072-TOR |
|---|---|
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL WITH PREJUDICE |
| EDISON A. VALERIO, | |
| Defendant. | |

BEFORE THE COURT is the parties' Stipulation For Order of Dismissal (ECF No. 36).  The parties agree that all of their claims against each other are dismissed with prejudice and without assessment by the Court of any costs or attorney fees.  The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

2. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED December 12, 2022.



THOMAS O. RICE
United States District Judge